UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CLARK,<br><br>                Plaintiff,<br><br>        v.<br><br>CMEGRO.TOP, et al.,<br><br>                Defendants. | Case No. 1:21-cv-01827-JLT-EPG<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLETE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m) |

Plaintiff Walter Clark proceeds through counsel in this civil action against Defendant CMEgro.top and various Doe Defendants. (ECF No. 1). For the reasons given below, the Court orders Plaintiff to show cause why this action should not be dismissed without prejudice for failure to complete service pursuant to Federal Rule of Civil Procedure 4(m).

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiff initiated this action with the filing of the complaint on December 29, 2021. (ECF No. 1). A summons was issued on that same date. (ECF No. 4). To date, Plaintiff has not filed a return of service demonstrating that Plaintiff has accomplished service of the complaint on any

Defendant, nor has a waiver of service been filed by any Defendant. Thus, the ninety-day time period for service appears to have expired without service being achieved.

Accordingly, IT IS ORDERED as follows:

1. The May 5, 2022 initial scheduling conference (ECF No. 5) is vacated;
2. Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to complete service pursuant to Federal Rule of Civil Procedure 4(m);
3. Plaintiff shall file, no later than May 13, 2022, proof of service as to Defendants or a response to this order to show cause demonstrating that Plaintiff has good cause for failing to complete service on Defendants and explaining when Plaintiff will complete service; and
4. Plaintiff is cautioned that failure to respond to this order to show cause may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **April 26, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2