UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CLARK,<br><br>            Plaintiff,<br><br>       v.<br><br>CMEGRO.TOP, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01827-JLT-EPG<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO COMPLETE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 14 DAYS |

**I.     BACKGROUND**

Plaintiff Walter Clark proceeds through counsel in this civil action against Defendant CMEgro.top and Doe Defendants 1-20. (ECF No. 1). Due to Plaintiff's failure to complete service on CMEgro.top and Does 1-20 pursuant to Federal Rule of Civil Procedure 4(m), the Court will recommend that this action be dismissed from this action without prejudice.

Plaintiff filed the complaint commencing this action on December 29, 2021, generally alleging that Defendants defrauded him of cryptocurrency via an exchange website. (ECF No. 1). A summons was issued on that same date. (ECF No. 4). Plaintiff has not filed a return of service demonstrating that Plaintiff has accomplished service of the complaint on any Defendant, nor has a waiver of service been filed by any Defendant.

Given these circumstances, the Court entered an order on April 26, 2022, directing Plaintiff to show cause why this action should not be dismissed without prejudice for failure to

complete service pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 8). Plaintiff's response was due no later than May 13, 2022. To date, Plaintiff has not filed any response despite being warned that failure to respond could result in the dismissal of this action.

## II.     LEGAL STANDARDS

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

## III.    ANALYSIS

Here, there is no indication on the docket that Plaintiff has served any Defendant. Moreover, despite being directed to show cause why this action should not be dismissed under Rule 4(m), Plaintiff has not filed anything to excuse his failure to serve Defendants. Accordingly, Plaintiff having failed to offer proof of service or good cause to excuse service, the Court will recommend that this action be dismissed without prejudice.

## IV.    RECOMMENDATION

Based on the foregoing, IT IS RECOMMENDED that this action be dismissed without prejudice because of Plaintiff's failure to complete service pursuant to Federal Rule of Civil Procedure 4(m).

These Findings and Recommendations are submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen (14) days after service of the Findings and Recommendations, Plaintiff may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The assigned United States District Court Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th

Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **May 17, 2022**       /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

3