UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CLARK,<br><br>            Plaintiff,<br><br>      v.<br><br>CMEGRO.TOP, et al.,<br><br>            Defendants. | Case No.: 1:21-cv-01827-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLETE SERVICE<br><br>(Doc. 9) |

      Plaintiff Walter Clark proceeds through counsel in this civil action against Defendant CMEgro.top and Doe Defendants 1-20. This action was filed on December 29, 2021, generally alleging that Defendants defrauded Plaintiff of cryptocurrency via an exchange website.

      On April 26, 2022, the assigned magistrate judge issued an order for Plaintiff to show cause why this case should not be dismissed for the failure to complete service on any Defendant within the 90 days provided under Federal Rule of Civil Procedure 4(m). (Doc. 8.) After Plaintiff failed to file any response, the magistrate judge issued findings and recommendations on May 18, 2022, recommending that this action be dismissed without prejudice because of Plaintiff's failure to complete service. (Doc. 9.) Plaintiff was given 14 days to file any objections. Plaintiff has not filed objections, and the deadline to do so has now passed.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued on May 18, 2022 (Doc. 9), are adopted in full.
2. This action is dismissed without prejudice because of Plaintiff's failure to complete service pursuant to Federal Rule of Civil Procedure 4(m).
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 3, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2